PEARSON, MJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH TAYLOR o/b/o AARON TAYLOR, | ) ) ) | CASE NO.  1:08-CV-02652 |
| Plaintiff, | ) ) | |
| v. | ) ) | MAGISTRATE JUDGE PEARSON |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | **MEMORANDUM OF OPINION AND ORDER** |

The parties have entered a joint stipulation to an award of attorney fees and costs, pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, wherein they agree that an award of $6,217.00 in attorney fees and $365.96 in costs is appropriate.  ECF  No. 26.  The Court's review reveals no basis for disagreement.

Accordingly, the parties' Joint Stipulation to an Award of Attorney Fees Under the EAJA is approved.  The Court awards to Plaintiff $6,217.00 for attorney fees and $365.96 for costs to be paid directly to Plaintiff's counsel, in accordance with Plaintiff's written assignment.  ECF No 25-3.

IT IS SO ORDERED.

 July 27, 2010                                      s/ *Benita Y. Pearson*
Date                                                                United States Magistrate Judge